CHARLES W. NORCROSS, appellant,

*v.*

MARION PEARL NORCROSS, respondent.

[Submitted March 23d, 1914.   Decided May 8th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *82 N. J. Eq. 195.*

*Mr. Francis V. Dobbins,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—11.

*For reversal*—None.